FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2021

No. 04-21-00224-CV

**IN THE INTEREST OF D.A., A.A.R., C.P.R., C.P.R., Z.C., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01496
Honorable Peter A. Sakai, Judge Presiding

**O R D E R**

Extension of Time to File Kristin Anderson's Notification of Late Reporter's Record is hereby NOTED. Time is extended until June 21, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

